**Abatement Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00608-CV
_____

**MOMENTUM CONTRACTORS, INC., FREDERICK ALLEN, JR. & JUDY ALLEN, Appellants**

**V.**

**TRI-TEMP REFRIGERATION, INC., Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-19727**

---

## ABATEMENT ORDER

Notice was filed on November 19, 2013 that appellants Frederick Allen and Judy Allen are in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on November 19, 2013, Frederick Allen and Judy Allen petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court under case number 13-37143-H5-7. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in

accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.


PER CURIAM